# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE:                                           Case No. 16-56000

GWENDOLYN E. MINGO, *pro se*,                    Chapter 13

             Debtor.                             Judge Thomas J. Tucker

_____/

GWENDOLYN E.MINGO, *pro se*,                      Adv. Pro. No. 17-4257

             Plaintiff,

vs.

J.P. MORGAN CHASE BANK, N.A.,

             Defendant.

_____/

## OPINION AND ORDER DENYING
## PLAINTIFF'S *SECOND* MOTION FOR RECONSIDERATION

This adversary proceeding is before the Court on the Plaintiff's motion filed June 22, 2017, entitled "Amended Emergency Motion to Reconsider/Reopen, and to Vacate Order of Dismissal of Adversary Complaint, Motion to Withdraw Counsel in Adversary Case; ExParte' Motion to Request a Stay of Foreclosure by JP Morgan Chase and Stay of Creditors, and Motion to Request Extension of Time to Seek New Counsel," filed June 22, 2017 (Docket # 37, the "Second Reconsideration Motion"), which the Court construes as a motion for reconsideration of, and for relief from, the Court's May 15, 2017 Order Granting Defendant's motion to dismiss this adversary proceeding (Docket # 25).

This is Plaintiff's second such motion. The Court denied the first such motion in its Opinion and Order filed May 17, 2017 (Docket # 29, the "May 17 Order").

The Court will deny this Second Reconsideration Motion, for the following reasons. First, the Court must deny the motion for all the same reasons stated in the May 17 Order about the first motion. All of those reasons apply as reasons for also denying the Second Reconsideration Motion.

Second, the Second Reconsideration Motion must be denied for the additional reason that it is, at least in part, untimely. It was filed more than a month after the Court entered its May 15, 2017 order dismissing this adversary proceeding, and more than a month after the Court denied

the first reconsideration motion.  Motions for reconsideration generally must be filed no later than 14 days after entry of the order at issue.  *See* L.B.R. 9024-1(a)(1).  Similarly, a motion to alter or amend judgment must be filed no later than 14 days after entry of the judgment.  *See* Fed. R. Bankr. P. 9023.

Third, the Second Reconsideration Motion must be denied for the additional reason that the Debtor has waived any and all arguments made and facts alleged in that motion, and has waived the right to present any of the exhibits filed with that motion, because they were not presented in a timely response to the Defendant's motion to dismiss.  As the United States Court of Appeals for the Sixth Circuit held, in affirming a district court's denial of a motion under Civil Rule 59(e) and motion for reconsideration,

> **It is well-settled that "parties cannot use a motion for reconsideration to raise new legal arguments that could have been raised before a judgment was issued."** *Roger Miller Music, Inc. v. Sony/ATV Publ'g*, 477 F.3d 383, 395 (6th Cir.2007). Additionally, reconsideration motions cannot be used as an opportunity to re-argue a case. **Furthermore, a party may not introduce evidence for the first time in a motion for reconsideration where that evidence could have been presented earlier**. *See, e.g., Sommer* [*v. Davis*], 317 F.3d [686,] 691 [(6th Cir. 2003)]; *CGH* [*Transp. Inc. v. Quebecor World, Inc.*], 261 F.App'x [817,] 824 [(6th Cir. 2008)] (affirming denial of reconsideration and stressing: "It is hard to imagine how an affidavit from one of [plaintiff's] own witnesses would have been previously unavailable to [plaintiff], and [plaintiff] has not explained why it failed to introduce this evidence in opposition to summary judgment.").

*Bank of Ann Arbor v. Everest Nat'l Ins. Co.*, 563 F.App'x 473, 476 (6th Cir. 2014)(emphasis added); *see also In re Madison Heights Grp., LLC*, 506 B.R. 734, 736 (Bankr. E.D. Mich. 2014) and cases cited therein (arguments raised for the first time in a motion for reconsideration are untimely, waived, and forfeited on appeal).

For these reasons,

IT IS ORDERED that Plaintiff's Second Reconsideration Motion (Docket # 37) is denied.


Signed on June 26, 2017          **/s/ Thomas J. Tucker**
                                           **Thomas J. Tucker**
                                           **United States Bankruptcy Judge**